UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RHIAN TAYLOR,

          Plaintiff,

-against-

THE CITY OF NEW YORK and JOSEPH BEY, Individually and as a Member of the New York City Police Department,

          Defendants.

**Notice of Motion**

18-cv-5500 (KAM) (ST)

PLEASE TAKE NOTICE that upon the Declaration of Joel B. Rudin, the accompanying Memorandum of Law, and the annexed exhibits, Plaintiff Rhian Taylor will move this Court, before the Honorable Kiyo A. Matsumoto, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order granting Plaintiff's motion to amend his complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

          Respectfully submitted,

          /s/

LAW OFFICES OF JOEL B. RUDIN, P.C.
Joel B. Rudin
Matthew A. Wasserman
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 752-7600
jbrudin@rudinlaw.com

*Attorneys for Plaintiff*

Dated:   New York, New York
         June 19, 2020