# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | April 26, 2021 |
| TIME: | 2:30 p.m. |
| DOCKET NUMBER(S): | CV-18-5500 (KAM) |
| NAME OF CASE(S): | Taylor v. City of New York et al. |
| FOR PLAINTIFF(S): | Tae, Rudin |
| FOR DEFENDANT(S): | DePaul |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (2:30 - 4:00) |
| RULINGS FROM Motion Hearing: | |

Court reviewed materials provided in camera and made rulings regarding privilege and discoverability. Plaintiff's Motion for Discovery [61] is granted in part and denied in part. Defendants will provide sample reversal memoranda for in camera review. Plaintiff's Motion for Discovery [63] is granted in part and denied in part. Defendants will provide limited information regarding a shooting in which the same gun that Plaintiff plead guilty to possessing was allegedly used by Plaintiff's co-defendant in the gun case.